

Kevin McKeown
P.O. Box 616
New York, New York 10156
212-591-1022 tel      212-591-6022 fax
kmck22333@aol.com

July 23, 2008  2 :28 pm

Hon. Shira A. Scheindlin  
United States District Court Judge  
United States District Court  
500 Pearl Street  
New York, New York 10007

*Via Facsimile Transmission 212-805-7920*  
*(1 Total page)*

RE:  **The Estate of Margaret A. McKeown (Removal)(08cv5914)**  
Request for case status clarification

Dear Judge Scheindlin:

On June 30, 2008 I filed a removal proceeding (08cv5914) in the SDNY, with the specific request that the matter be related to 08cv2391 (SAS). As noted, I believe **ALL** underlying issues in the 08cv2391 matter have resulted, *inter alia*, from the violations of federal laws by state actors acting under the color of law, and actions by others, and all from within the removed case (08cv5914). (And the matter was timely filed, from events occurring within the last 30 days.)

The 08cv5914 docket entry dated July 10, 2008, reads: "**CASE ACCEPTED AS RELATED. Create association to 1:08-cv-02391-SAS. Notice of Assignment to follow. (jeh) (Entered: 07/17/2008)**"

However, the 08cv5914 docket entry #6, also dated July 10, 2008, reads: "**NOTICE OF CASE ASSIGNMENT to Judge Richard J. Holwell...**"

Counsel from the second floor *pro se* desk cannot figure out exactly what the status of the removed 08cv5914 is, and have suggested that there may be some sort of docketing error. Also, no one can find any Order or Memorandum indicating Your Honorable Court's acceptance or declination, etc., of the 08cv5914 matter as related to 08cv2391.

Accordingly, I respectfully request that the Honorable Court issue an Order clarifying the Court's position as it pertains to "relating" 08cv5914 to 08cv2391. Thank you.

Respectfully submitted,

Kevin McKeown

cc:  Thomas K. Lindgren, Esq.   919-783-1075 fax  
Joseph F. McQuade, Esq.   212-599-3116 fax  
Daniel G. Walsh, Esq.   914-684-0288 fax  
All parties via e-mail

---

*Handwritten order:*

This action was not accepted as related to 08 Civ. 2391. The Clerk of the Court is directed to strike the docket entry to the contrary.

SO ORDERED:

Dated: New York, New York  
July 24, 2008

Shira A. Scheindlin  
U.S.D.J.